## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Land & Sea Petroleum*
Attn:  President/CEO and
         Mr. James Angelone
6233 NW 82 Drive
Parkland, FL 33067

_____
Mary E. Augustine (No. 4477)

619624v1